# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRANDON DAVIS                                                   PLAINTIFF

v.                              No. 5:18-cv-209-DPM-JJV

DUB BRASSELL DETENTION CENTER;
and ADAMS, Captain, DBDC                                        DEFENDANTS

## ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Davis may proceed with his failure to protect claim against Adams. Davis's remaining claims against Adams are dismissed without prejudice; and his claims against the Dub Brassell Detention Center are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2018