IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRANDON DAVIS**                                        **PLAINTIFF**

v.                      No. 5:18-cv-209-DPM

**EDWARD ADAMS, Captain,**
**Dub Brassell Detention Center**                    **DEFENDANT**

### ORDER

Davis's mail has been returned undelivered since late April. № 22, 25 & 27. If he doesn't update his address with the Clerk by 15 July 2019, then the Court will dismiss his remaining claims without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019