IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON DAVIS                                                              PLAINTIFF

v.                             No. 5:18-cv-209-DPM

EDWARD ADAMS, Captain,
Dub Brassell Detention Center                                        DEFENDANT

# ORDER

Davis hasn't updated his address; his mail is still being returned undelivered. № 28 & № 29. His remaining claims will therefore be dismissed without prejudice. The recommendation, № 26, is declined without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019