IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON DAVIS                                              PLAINTIFF

v.                    No. 5:18-cv-209-DPM

DUB BRASSELL DETENTION CENTER;
and EDWARD ADAMS, Captain, DBDC               DEFENDANTS

## JUDGMENT

Davis's claims against the Dub Brassell Detention Center are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019